883 A.2d 345

IN THE MATTER OF GEORGE J. KUNDRAT, JR. AN ATTORNEY
AT LAW (ATTORNEY NO. 019871982).

September 30, 2005.

**O R D E R**

**GEORGE J. KUNDRAT, JR.,** of **WESTFIELD,** who was admitted to the bar of this State in 1982, having pleaded guilty in the United States District Court of Connecticut to a federal information charging him with conspiracy to defraud the United States, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GEORGE J. KUNDRAT, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GEORGE J. KUNDRAT, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GEORGE J. KUNDRAT, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.